

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the interest of J.B.L., a child,          * From the 259th District Court
                                             of Shackelford County,
                                             Trial Court No. 2015-105.

No. 11-17-00290-CV                           * November 2, 2017

                                             * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

        This court has considered Appellants' requests to withdraw their notices of appeal in this cause. This court concludes that the requests should be granted and that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.